Sheri Thome, Esq.
Nevada Bar No. 08657
I-Che Lai, Esq.
Nevada Bar No. 12247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
*sheri.thome@wilsonelser.com*
*i-che.lai@wilsonelser.com*
*Attorneys for Defendant,*
*Civil Service Employees Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ROCCO, | CASE NO: 2:18-cv-00532-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO ALLOW PLAINTIFF TO AMEND COMPLAINT AND TO WITHDRAW MOTION TO DISMISS** |
| CIVIL SERVICE EMPLOYEES INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys of record for Plaintiff Stephen Rocco and Defendant Civil Service Employees Insurance Company as follows:

1. Plaintiff filed his original Complaint on February 26, 2018 in the Eighth Judicial District Court of Clark County, Nevada.

2. Defendant filed a Notice of Removal of Action [ECF 1] on March 23, 2018.

3. Defendant filed a Motion to Dismiss pursuant to Fed R. Civ. P. 12(b)(6) [ECF 4] on March 26, 2018. Plaintiff filed an Opposition to the Motion to Dismiss on April 10, 2018 [ECF 7] and concurrently moved to amend his complaint, attaching a proposed First Amended Complaint.

4. The parties agree that Plaintiff may amend his Complaint in the form of the proposed First Amended Complaint. If the stipulation to amend is approved by this Court, the Motion to Dismiss will be moot.

5. If the stipulation is approved by the Court, Defendant will have 15 days from the date of Plaintiff's filing of the First Amended Complaint in which to file its answer.

WHEREFORE, the undersigned request that this Court enter an Order approving the above-referenced stipulation.

DATED this day of 16th day of April, 2018

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: */s/ Sheri Thome*_____
    Sheri Thome, Esq.
    Nevada Bar No. 08657
    I-Che Lai, Esq.
    Nevada Bar No. 012247
    300 South Fourth Street, 11th Floor
    Las Vegas, Nevada 89101
    (702)727-1400
    *Attorneys for Defendant Civil Service Employees Insurance Company*

DATED this day of 16th day of April, 2018

**THE COTTLE FIRM**

BY: */s/ Matthew D. Minucci*_____
    Robert W. Cottle, Esq.
    Nevada Bar No. 004576
    Matthew D. Minucci, Esq.
    Nevada Bar No. 012449
    8635 South Eastern Avenue
    Las Vegas, Nevada 89123
    (702) 722-6111
    *Attorney for Plaintiff, Stephen Rocco*

### ORDER UPON STIPULATION

GOOD CAUSE SHOWING, IT IS SO ORDERED. Plaintiff is granted leave to file the proposed First Amended Complaint, which Defendant has 15 days to answer. Defendant's Motion to Dismiss [ECF 4] is denied as moot.

_____
UNITED STATES MAGISTRATE JUDGE

Dated : 4-17-2018 _____