Sheri Thome, Esq.
Nevada Bar No. 08657
I-Che Lai, Esq.
Nevada Bar No. 12247
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
i-che.lai@wilsonelser.com
*Attorneys for Defendant,*
*Civil Service Employees Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN ROCCO, | CASE NO: 2:18-cv-00532-JCM-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CIVIL SERVICE EMPLOYEES INSURANCE COMPANY, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by Plaintiff STEPHEN ROCCO, by and through his attorneys of record, Robert W. Cottle, Esq. and Matthew D. Minucci, Esq. of the law firm THE COTTLE FIRM and Defendant CIVIL SERVICE EMPLOYEES INSURANCE COMPANY by and through its attorneys of record, Sheri Thome, Esq. and I-Che Lai, Esq. of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP, that pursuant to Fed. R.

///
///
///
///
///
///

Civ. P. 41(a), the above-captioned action be dismissed in its entirety with prejudice. Each party is to bear its own attorneys' fees and costs.

Dated this 25 day of September, 2018

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
Sheri Thome, Esq.
Nevada Bar No. 08657
I-Che Lai, Esq.
Nevada Bar No. 012247
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400
*Attorneys for Defendant Civil Service Employees Insurance Company*

Dated this 25 day of September, 2018

**THE COTTLE FIRM**

BY: _____
Robert W. Cottle, Esq.
Nevada Bar No. 004576
Matthew D. Minucci, Esq.
Nevada Bar No. 012449
8635 South Eastern Avenue
Las Vegas, Nevada 89123
(702) 722-6111
*Attorney for Plaintiff, Stephen Rocco*

## ORDER

Upon stipulation of the parties and for good cause shown, the above-captioned action is hereby dismissed in its entirety, each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated September 27, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

1369372v.1